Center For Disability Access
Mark Potter, ESQ., SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; FAX (888) 422-5191

Attorney for Judgment Creditor

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leo Perez,<br>    Plaintiff,<br>        v.<br>5th St. Loft LLC,<br>    Defendants. | Case 2:15-cv-04465-RGK-PLA<br><br>**Renewal of Judgment** |

1

1  Upon review of the court files, the application for renewal of judgment, the declarations submitted in support of the renewal of judgment, it is Judgment is renewed for $5,313.73 in favor of plaintiff Leo Perez and against defendant 5th St. Loft LLC.

1. where $5020.00 was awarded by court via Judgment entered on 12/09/2015.
2. I acknowledge credit to date in the amount of $0. No payments have been received.
3. where $293.73 is the interest amount calculated at 0.71% p.a., on judgment, from the date Judgment was entered on 12/9/2015 to 7/22/2024.

Clerk of Court
Brian D. Karth

Dated: 8/14/2024               By /s/ *Jennylam*

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff